AO 450 (GAS Rev 09/20) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

J.S.L.,

    Petitioner,

                  V.

WARDEN, FOLKSTON ICE
PROCESSING FACILITY,

    Respondent.

JUDGMENT IN A CIVIL CASE

CASE NUMBER:
        5:25-cv-156

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that, pursuant to the Order dated December 23, 2025, Petitioner's 28 U.S.C. § 2241 petition is granted in part. Therefore, Respondent is ordered to provide Petitioner with a bond hearing within seven days and to comply with the immigration judge's conclusions. Additionally, all non-Warden Respondents are dismissed, and Petitioner's outstanding motions are denied as moot. This case stands closed.

Approved by: _____
          **HON. LISA GODBEY WOOD, JUDGE**
          **UNITED STATES DISTRICT COURT**
          **SOUTHERN DISTRICT OF GEORGIA**

_____January 5, 2-26_____
Date

John E. Triplett, Clerk of Court
Clerk

_____
(By) Deputy Clerk

GAS Rev 10/2020